GREGORY A. CHAIMOV, OSB #822180
gregorychaimov@dwt.com
WILLIAM D. MINER, OSB #04363
billminer@dwt.com
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201
Telephone:    503-241-2300
Facsimile:    503-778-5299

KELLY P. CORR, WSBA #00555 *(admitted pro hac vice)*
kcorr@corrcronin.com
WILLIAM H. WALSH, WSBA #21911 *(admitted pro hac vice)*
wwalsh@corrcronin.com
 CORR, CRONIN, MICHELSON, BAUMGARDNER & PREECE, LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Telephone:    206-625-8600
Facsimile:    206-625-0900

Attorneys for Plaintiff, Oregon LNG

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LNG DEVELOPMENT COMPANY, LLC d/b/a OREGON LNG,<br><br>       Plaintiff,<br><br>  v.<br><br>PORT OF ASTORIA, an Oregon Port; DAN HESS; an individual, LARRY PFUND; an individual; WILLIAM HUNSINGER, an individual; JACK BLAND, an individual; and FLOYD HOLCOM, an individual,<br><br>      Defendants. | No. 3:09-CV-847-JE<br><br>**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** |

PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT
Page 1
No. 3:09-CV-847-JE

**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DWT 13389743v1 0083275-000009

Plaintiff is LNG Development Company, LLC, which is 80.1% owned by Baldwin

Enterprises Inc. and 19.9% owned by three individuals:  Jeremy Dockter of New York, New

York; Mohammed Alrai of Camas, Washington; and Peter Hansen of Vancouver, Washington.

Baldwin Enterprises Inc. is owned by Phlcorp Inc.  Phlcorp is owned by Leucadia National

Corporation, a publicly-held corporation.

DATED this __25th__ day of September, 2009.

DAVIS WRIGHT TREMAINE LLP


By___*/s/ William D. Miner*_____
   Gregory A. Chaimov, OSB #822180
   gregorychaimov@dwt.com
   William D. Miner, OSB #04363
   billminer@dwt.com
   Telephone:  503-778-5477
   Facsimile:   503-778-5299


   Kelly P. Corr, WSBA #00555 *(admitted pro hac vice)*
   kcorr@corrcronin.com
   William H. Walsh, WSBA #21911*(admitted pro hac vice)*
   wwalsh@corrcronin.com
   CORR CRONIN MICHELSON
      BAUMGARDNER & PREECE, LLP
   Telephone:  206-625-8600
   Facsimile:  206-625-0900

Attorneys for Plaintiff Oregon LNG

PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT
Page 2
No. 3:09-CV-847-JE

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DWT 13389743v1 0083275-000009