Thane W. Tienson, OSB No. 773741
ttienson@landye-bennett.com
Jennifer L. Gates, OSB No. 050578
jgates@landye-bennett.com
Landye Bennett Blumstein, LLP
1300 SW 5th Avenue, Suite 3500
Portland, Oregon 97201
Phone: (503) 224-4100
Fax: (503) 224-4133

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| LNG DEVELOPMENT COMPANY, LLC d/b/a OREGON LNG,<br><br>Plaintiff,<br><br>v.<br><br>PORT OF ASTORIA, an Oregon Port; **DAN HESS**; an individual, **LARRY PFUND**; an individual, **WILLIAM HUNSINGER**, an individual, **JACK BLAND**, an individual, and **FLOYD HOLCOM**, an individual,<br><br>Defendants. | Case No. 3:09-CV-847 JE<br><br>**DECLARATION OF THANE W. TIENSON IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**UNDER PENALTY OF PERJURY:**

I, **THANE W. TIENSON,** do hereby declare that the statements herein are made based on personal knowledge and I am competent to testify.

1. I am one of the attorneys for defendants in this matter, and I make this Declaration on the basis of personal knowledge and belief.

//////

//////

Page 1 -   DECLARATION OF THANE W. TIENSON IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT

*538541.doc.08881-003*

2.  Attached to this Declaration as Exhibit "A" is a copy of the Master Development Plan submitted to the DSL by the Port and the plaintiff's predecessor-in-interest dated November 2006. Based upon information and belief, that Plan was never approved by DSL.

3.  Attached to this Declaration as Exhibit "B" is a copy of the December 28, 2006 Response of the Port of Astoria to Debtors' Motion Authorizing Skipanon Natural Gas, LLC to Assign A Sublease Agreement to LNG Development Company, LLC filed by Stoel Rives on behalf of the Port.

4.  Attached to this Declaration as Exhibit "C" is a copy of the unsigned and undated Order Authorizing Skipanon Natural Gas, LLC to Assign A Sublease Agreement to LNG Development Company, LLC which I believe was signed circa December 29, 2006 by The Hon. Burton R. Lifland.

5.  Attached to this Declaration as Exhibit "D" is a copy of a May 27, 2009 email from me to Louise Solladay requesting additional time for the Port to respond to DSL regarding its intention to exercise the first of its two 30-year options.

6.  In order to construct and operate an LNG import facility in the State of Oregon, an applicant is required to receive permits, certifications, and/or approvals from several governmental agencies and public bodies. Those agencies and public bodies include, but are not limited to, the Federal Energy Regulatory Commission (FERC), the State of Oregon, and the City of Warrenton and Clatsop County.

DATED this 13th day of October, 2009.

/s/ Thane W. Tienson
THANE W. TIENSON

Page 2 -  DECLARATION OF THANE W. TIENSON IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT

*538541.doc.08881-003*