**GREGORY A. CHAIMOV, OSB #822180**
gregorychaimov@dwt.com
**WILLIAM D. MINER, OSB #04363**
billminer@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201
Telephone:    503-241-2300
Facsimile:    503-778-5299

**KELLY P. CORR, WSBA #00555** *(admitted pro hac vice)*
kcorr@corrcronin.com
**WILLIAM H. WALSH, WSBA #21911** *(admitted pro hac vice)*
wwalsh@corrcronin.com
**MEREDITH L. MORONEY, VSB #75213** *(admitted pro hac vice)*
mmoroney@corrcronin.com
**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Telephone:    206-625-8600
Facsimile:    206-625-0900

Attorneys for Plaintiff Oregon LNG

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
AT PORTLAND

| | |
|---|---|
| LNG DEVELOPMENT COMPANY, LLC d/b/a OREGON LNG,<br><br>                          Plaintiff,<br><br>    v.<br><br>PORT OF ASTORIA, an Oregon Port; DAN HESS; an individual, LARRY PFUND; an individual; WILLIAM HUNSINGER, an individual; JACK BLAND, an individual; and FLOYD HOLCOM, an individual,<br><br>                          Defendants. | No. 3:09-CV-847-JE<br><br>**PLAINTIFF'S MOTION FOR INJUNCTION** |

PLAINTIFF'S MOTION FOR
INJUNCTION – Page 1
No. 3:09-CV-847-JE

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## LR 7.1 CERTIFICATION

The parties made a good faith effort through electronic mail conferences to resolve this dispute, and have been unable to do so. Plaintiff asked that Defendants agree to the requested injunction, and Defendants have not so agreed.

## MOTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and the Sublease agreement between the parties, Plaintiff LNG Development Company, LLC, ("Oregon LNG") hereby moves this Court for a preliminary mandatory injunction requiring Defendants to immediately take all steps necessary to renew the Master Lease between the Port and the Oregon Department of State Lands for the premises described in the Exhibit attached to both the Master Lease and the Sublease ("the Premises"), and to make the Premises available to Oregon LNG for its use. *See* Ex. 1, p. 35, and Ex. 2, p. 37, to Amended Complaint (Dkt. Nos. 14-2, 14-3).

Notice has been given to Defendants by serving a copy of this Motion and the Memorandum in Support on Defendants' counsel, Thane W. Tienson of the law firm Landye Bennett Blumstein LLP.

This Motion is supported by the Memorandum in Support filed herewith.

DATED this ___16th___ day of December, 2009.

DAVIS WRIGHT TREMAINE LLP

By _____
Gregory A. Chaimov, OSB #822180
gregorychaimov@dwt.com
William D. Miner, OSB #04363
billminer@dwt.com

PLAINTIFF'S MOTION FOR
INJUNCTION – Page 2
No. 3:09-CV-847-JE

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Telephone: 503-778-5477
Facsimile: 503-778-5299

Attorneys for Plaintiff Oregon LNG

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

By /s/ Kelly Corr
Kelly P. Corr, WSBA #00555 *(admitted pro hac vice)*
kcorr@corrcronin.com
William H. Walsh, WSBA #21911 *(admitted pro hac vice)*
wwalsh@corrcronin.com
Meredith L. Moroney, VSB #75213 *(admitted pro hac vice)*
mmoroney@corrcronin.com
Telephone: 206-625-8600
Facsimile: 206-625-0900

Attorneys for Plaintiff Oregon LNG

PLAINTIFF'S MOTION FOR
INJUNCTION – Page 3
No. 3:09-CV-847-JE

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Plaintiff's Motion for Injunction on:

Jennifer L. Gates
Thane W. Tienson
Landye Bennett Blumstein LLP
1300 SW 5th Ave Ste 3500
Portland OR 97201
Email: jgates@landye-bennet.com
Telephone: 503-224-4100
Facsimile: 503-224-4133
Attorneys for Port of Astoria

☐ by causing a copy thereof to be hand-delivered to said attorney's address as shown above on the date set forth below:

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below;

☐ by faxing a copy thereof to said attorney at his/her last-known facsimile number on the date set forth below; or

☒ by electronic filing notification.

DATED this __16th__ day of December, 2009.

DAVIS WRIGHT TREMAINE LLP

By _/s/ Kelly P. Corr for Gregory A. Chaimov___
   Gregory A. Chaimov, OSB #822180
   gregorychaimov@dwt.com
   William D. Miner, OSB #04363
   billminer@dwt.com
   Telephone:   503-778-5477
   Facsimile:   503-778-5299

Attorneys for Plaintiff Oregon LNG

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

PLAINTIFF'S MOTION FOR
INJUNCTION – Page 4
No. 3:09-CV-847-JE

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

By /s/ Kelly P. Corr
Kelly P. Corr, WSBA #00555 *(admitted pro hac vice)*
kcorr@corrcronin.com
William H. Walsh, WSBA #21911 *(admitted pro hac vice)*
wwalsh@corrcronin.com
Meredith L. Moroney, VSB #75213 *(admitted pro hac vice)*
mmoroney@corrcronin.com
Telephone:   206-625-8600
Facsimile:   206-625-0900

Attorneys for Plaintiff Oregon LNG

PLAINTIFF'S MOTION FOR
INJUNCTION – Page 5
No. 3:09-CV-847-JE

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

752 01 jk301602