Thane W. Tienson, OSB No. 773741
*ttienson@landye-bennett.com*
James S. Crane, OSB No. 901420
*jcrane@landye-bennett.com*
Landye Bennett Blumstein, LLP
1300 SW 5th Avenue, Suite 3500
Portland, Oregon 97201
Phone: (503) 224-4100
Fax: (503) 224-4133

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| LNG DEVELOPMENT COMPANY, LLC d/b/a OREGON LNG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**PORT OF ASTORIA**, an Oregon Port; **DAN HESS**, an individual; **LARRY PFUND**, an individual; **WILLIAM HUNSINGER**, an individual; **JACK BLAND**, an individual; and **FLOYD HOLCOM**, an individual,<br><br>　　　　　　Defendants. | Case No. 3:09-CV-847 JE<br><br>**NOTICE OF PRELIMINARY INJUNCTION APPEAL** |

　　Notice is hereby given that all defendants in the above-named case hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order granting Preliminary Injunction entered in this action on the 11th day of March, 2010. The time for filing an appeal was extended until April 20, 2010, by order of the District Court on April 7, 2010.

　　DATED this 19th day of April 2010.

　　　　　　　　　　　　　　LANDYE BENNETT BLUMSTEIN LLP

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Thane W. Tienson, OSB No. 773741
　　　　　　　　　　　　　　James S. Crane, OSB No. 901420
　　　　　　　　　　　　　　Counsel for Defendants

Page 1 -　**NOTICE OF PRELIMINARY INJUNCTION**

*570794.doc.08881-003*